**Alton M. PERKINS, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 32739.**

Missouri Court of Appeals, Western District.

April 27, 1982.

John E. Turner, Popham, Conway, Sweeny, Freemont & Bundschu, P. C., Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Priscilla Gunn, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

Appeal from Order Denying Post Conviction Relief.

Judgment affirmed. Rule 84.16(b).